FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GL-2214
(Inmate Number)

Devon Smith GL-2214
(Name of Plaintiff)

Box A
(Address of Plaintiff)

Bellefonte, PA 16823-0820

vs.

C/o 1 Genshmer / C/o 2 sgt Davis
C/o 1 Stitzer / C/o 3 Lt Reese
C/o 1 Caputo / C/o 1 Gordon
(Names of Defendants)

1: CV 07-1802
(Case Number)

COMPLAINT

FILED
SCRANTON
OCT 03 2007
PER _____
DEPUTY CLERK

TO BE FILED UNDER:  X  42 U.S.C. § 1983 - STATE OFFICIALS
                    ___ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. Previous Lawsuits

A. If you have filed any other lawsuits in federal court while a prisoner please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned: ~~[scratched out]~~ yes But I never followed up on it so they dismissed it for failing to proceed in forma pauperis Civil Action No. 07-2448

II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution?
   ✓ Yes ___ No

B. Have you filed a grievance concerning the facts relating to this complaint?
   ✓ Yes ___ No
   If your answer is no, explain why not ___ N/A ___

C. Is the grievance process completed? ___ Yes ✓ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item B for the names, positions and places of employment of any additional defendants.)

A. Defendant __C/O 1 Gensamer__ is employed as __C/O 1 officer__ at __SCI-Rockview RHU.__

B. Additional defendants __C/O 4 Captin, K. Swantel, C/O 1 Stitzer, C/O 1 Caputo C/O 1 Gordon C/O 3 Lt, Reese C/O 4 Captin, Davis C/O 2 Sgt, Davis C/O 4 Captin, Eaton DR, John, Walker, Depty, Lawes Depty, Memillan C/O 4 Captin, Bechdel__

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

1. C/O 1 Stitzer on 9-22-07 Stamed my Anus in the food slot As I was trying to tell him my food tray was messed up And he grabbed my Right Anus causeing me sharp pain And Destroyed All my legal And US mail I had And Spit in my food tray more then once. And he Did not Feed me Dinner.

2. C/O 1 Gordon on 9-22-07 he Grabbed my Anus causeing me A Big Bruse on My Right Anus Along with C/O 1 Stitzer then wrote me up on A misconduct And lied As I was letting him And C/O 1 Stitzer know my Food tray was messed up Medical took picture of my Anus Also he called me A Bitch Ass Faggot Do to the fact I am A Homosexual. Also he Did not feed me Dinner

3. C/O 1 Caputo threatend to Brake my Anus if I Did not take A food tray From him that was messed up useing A food cart to Remove my Anus From the slot grabbeing it And twist it Back Also called me A Dick Eating Faggot And told me he will kill me And then Riped up my grievance I put in on him say he will Destray All my Mail And Propety As c/o 1 Stitzer Did in the past. And he did not feed me my Dinner

2

V.  Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Put A Stay Away order on this officer And the rest of the Defendants in my complaint Do to the fact he has Abused me And Destroyed All my legal mail And us mail The Deputy's Know About this And captin, Bechdel who is pun for this complaint form. And pay me for pain And suffing in the Amount of 3050.

2. For the court to make him stop the Abuse And put A stay Away order on him And pay for my medical Bills A pain And suffing in the the Amount of 2,050 And All my medical Bills Also And make sure it Does not happen From Any more officers in this Jail.

3. For the court to put A Stay Away order on this officer And make him pay 2,050 for my pain And Suffing And Make sure it Does not happen From Any other officers in this Jail.

Signed this __29__ day of __September__, __07__.

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

__09-29-07__                          _____
(Date)                                 (Signature of Plaintiff)

FORMS TO BE COMPLETED BY PRISONERS FILING A CIVIL RIGHTS COMPLAINT
UNDER 42 U.S.C. § 1983 or 28 U.S.C. § 1331

## COVER SHEET

**THIS COVER SHEET CONTAINS IMPORTANT INFORMATION ABOUT FILING A COMPLAINT AND YOUR OBLIGATIONS IF YOU DO FILE A COMPLAINT. READ AND COMPLETE THE COVER SHEET BEFORE YOU PROCEED FURTHER.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The cost for filing a civil rights complaint is $350.00.

If you do not have sufficient funds to pay the full filing fee of $350.00 you need permission to proceed *in forma pauperis*. However, the court will assess and, when funds exist, immediately collect an initial partial filing fee of 20 percent of the greater of:

   1)   the average monthly deposits to your prison account for the past six months; or

   2)   the average monthly balance in your prison account for the past six months.

Thereafter, the institution in which you are incarcerated will be required to make monthly payments of 20% of the preceding month's deposits credited to your account until the entire filing fee is paid.

CAUTION: YOUR OBLIGATION TO PAY THE FULL FILING FEE WILL CONTINUE REGARDLESS OF THE OUTCOME OF YOUR CASE, EVEN IF YOUR COMPLAINT IS DISMISSED BEFORE THE DEFENDANTS ARE SERVED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

   1. You shall file a complaint by completing and signing the attached complaint form and mailing it to the Clerk of Court along with the full filing fee of $350.00. (In the event attachments are needed to complete the allegations in the complaint, no more than three (3) pages of attachments will be allowed.) If you submit the full filing fee along with the complaint, you DO NOT have to complete the rest of the forms in this packet. Check here if you are submitting the filing fee with the complaint form. ____

   2. If you cannot afford to pay the fee, you may file a complaint under 28 U.S.C. § 1915 without paying the full filing fee at this time by completing the following: (1) Complaint Form; (2) Application To Proceed In Forma Pauperis; and (3) Authorization Form. <u>You must properly complete, sign and submit all three standard forms or your complaint may be returned to you by the Clerk of Court.</u> Check here if you are filing your complaint under 28 U.S.C. § 1915 without full prepayment of fees. ✓

Please Note: If your case is allowed to proceed and you are awarded compensatory damages against a correctional facility or an official or agent of a correctional facility, the damage award will first be used to satisfy any outstanding restitution orders pending. Before payment of any compensatory damages, reasonable attempts will be made to notify the victims of the crime for which you were convicted concerning payment of such damages. The restitution orders must be fully paid before any part of the award goes to you.

**DO NOT DETACH THE COVER SHEET FROM THE REST OF THE FORMS**

Case 1:07-cv-01802-YK-EC   Document 1   Filed 10/03/2007   Page 5 of 5

To whom it may con cern I Did my Best in Filling out the forms I take A lot of psych meds so Please Do not Be mad At me If I messed up I Did my Best I had no one to help me Do this so I tryed Please help me If it is to reall Dunge I need the Courts help fast I sween I'm not leary to you I have Be sexually abosed psychully abosed All my life By my famly no more people are huntng me please help me if you can sory for writeng on the back of this I have no other paper they Destroy All my property please get me A lawyer I have no money I got SSI And SSRT Checks Rt then cut off Becase Im in Jail I have A case won for IC4 whoever Does All my money he want Send it to me he keeps it for his Plc Stam A homosexual And they Hate Me And wurre Dead.

Devon Smith

NAME: Devon Smith
NUMBER: QL-2214
BOX A
BELLEFONTE, PA. 16823-0820



INMATE MAIL
PA DEPT OF
CORRECTIONS



02 1A
0004383958
MAILED FROM ZIP CODE 16823



$ 00.41⁰
PITNEY BOWES
OCT 01 2007

Office of the Clerk
United States District Court
William J. Nealon Federal Bldg. & U.S. courthouse
235 North Washington Ave
P.O. Box 1148
Scranton, PA 18501-1148

RECEIVED
SCRANTON
OCT 03 2007
MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

18501+1148-48  B099